**Electronically Filed
Supreme Court
SCWC-12-0001063
11-DEC-2013
07:59 AM**

SCWC-12-0001063

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROBERT STAPLETON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001063; CR. NO. 11-1-0545)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ)

Petitioner/Defendant-Appellant Robert Stapleton's

application for writ of certiorari filed on October 31, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, December 11, 2013.

Stuart N. Fujioka
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

